IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANGELO DIXON, AIS #000248282, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) CIV. ACT. NO. 1:20-cv-303-TFM-N |
| CHADWICK CRABTREE, Warden, Limestone Correctional Facility, | ) ) ) ) |
| Respondent. | ) |

**MEMORANDUM OPINION AND ORDER**

On July 6, 2023, the Magistrate Judge entered a Report and Recommendation which recommends this petition brought under 28 U.S.C. § 2254 be denied and dismissed with prejudice and a certificate of appealability be denied. *See* Doc. 16. It further recommends that the motion to supplement (Doc. 15) and his requests for an evidentiary hearing and appointment of counsel also be denied. No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, it is **ORDERED** that Michael Angelo Dixon's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED with prejudice** as unexhausted and/or procedurally defaulted. Additionally, Petitioner's request for the appointment of counsel, for an evidentiary hearing, and the motion to supplement (Doc. 15) is **DENIED**. Finally, the Court determines that Petitioner is not entitled to a Certificate of Appealability and therefore, is not entitled to appeal *in forma pauperis*.

The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 3rd day of August, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE