IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL ANGELO DIXON,** <br> **AIS #000248282,** <br><br> Petitioner, <br><br> vs. <br><br> **CHADWICK CRABTREE, Warden,** <br> **Limestone Correctional Facility,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CIV. ACT. NO. 1:20-cv-303-TFM-N <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Michael Angelo Dixon's petition under 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED with prejudice**.  Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of August, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE